

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00206-CV

**PMSALS 1, LLC**,
Appellant

v.

**ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER L.L.P.** and Jonathan Starr,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17620
Honorable Olin B. Strauss, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  October 8, 2014

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have entered into a settlement agreement. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM